IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,

      Plaintiff,                            No. CIV S-08-0157 LEW JFM P

    vs.

UNITED STATES OF AMERICA, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff, a civil committee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 7, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

---

[1] Plaintiff avers, <u>inter alia</u>, that he filed the instant action in an effort to compel the court to "immediately hear the proceedings in MISC S-07-0134 LEW CMK." (Objections at 5.) The Clerk of the Court will be directed to serve copies of the instant order and the February 7, 2008 findings and recommendations on the Honorable Craig M. Kellison.

1  entire
2  file, the court finds the findings and recommendations to be supported by the record and by
3  proper analysis.
4          Accordingly, IT IS HEREBY ORDERED that:
5          1. The Clerk of the Court is directed to serve copies of the instant order and the
6  February 7, 2008 findings and recommendations on the Honorable Craig M. Kellison, United
7  States Magistrate Judge, Redding, California;
8          2. The findings and recommendations filed February 7, 2008, are adopted in full;
9  and
10         3. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

IT IS SO ORDERED

Date: February 29, 2008

*Ronald S.W. Lew*
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge